# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Jason Nichols**                                **: CHAPTER 13**
     **Debtors**                                             **: BANKRUPTCY NO.  19-15044**

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                                                    /s/ Gary E. Thompson
                                                    GARY E. THOMPSON
                                                    ATTORNEY FOR DEBTOR(S)

Date: 10/7/19

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix