# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15044-AMC

JASON J NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

JASON J NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

                   /S/ William C. Miller

Date: 2/13/2020                _____

                   William C. Miller, Esquire
                   Chapter 13 Standing Trustee