Me an my family have decided to work on the patients types with Gary Thompson help us with the procedure, and the first meeting with my trustee.

At the end of the second month, the trustee payment go up. With Both payment it was around 3,800.00, and it was way to hard to do.

When calling Gary Thompson he said to stop making payments, an save my monies, to rent or find another place, so I ask him to contact my tustee. He Refused to do so, in any manner. I Have ask Gary for a meating with the trustee. After many attempt to contact my Trustee William C. Miller Esqr.

I would like to work things out, I think the contract needs to be looked over, an maybe we can come to an agreement.

NO. 19-15044 AMC

Jason Nichols
2-18-2020

FILED
FEB 18 2020
TIMOTHY McGRATH, Clerk