IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason J. Nichols | Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | Movant | NO. 19-15044 AMC |
| vs. | | |
| Jason J. Nichols | Debtor | |
| Alicia Nichols | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| David O. Barlow | Co-Debtor | |
| Edna M. Barlow | Co-Debtor | |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this 10th day of March, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtors, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 563 Hazel Avenue, Kennett Square, PA 19348 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Jason J. Nichols
563 Hazel Avenue
Kennett Square, PA 19348

Alicia Nichols
563 Hazel Avenue
Kennett Square, PA 19348

David O. Barlow
563 Hazel Avenue
Kennett Square, PA 19348

Edna M. Barlow
563 Hazel Avenue
Kennett Square, PA 19348

GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532