United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15044-amc
Jason J. Nichols                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1              Date Rcvd: Mar 10, 2020
                            Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db           +Jason J. Nichols,    563 Hazel Avenue,    Kennett Square, PA 19348-2932
             +Alicia Nichols,    563 HAzel Avenu,    Kennett Square, PA 19348-2932
             +David Barlow,    563 Hazel Avenue,    Kennett Square, PA 19348-2932
             +Edna Barlow,    563 Hazel Avenue,    Kennett Square, PA 19348-2932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
        GARY E. THOMPSON    on behalf of Debtor Jason J. Nichols get24esq@aol.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ
         bankruptcy@powerskirn.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, Et Al... bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, Et Al... bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason J. Nichols | Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | Movant | NO. 19-15044 AMC |
| vs. | | |
| Jason J. Nichols | Debtor | |
| Alicia Nichols | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| David O. Barlow | Co-Debtor | |
| Edna M. Barlow | Co-Debtor | |
| William C. Miller Esq. | Trustee | |

### ORDER

AND NOW, this 10th day of March, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtors, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 563 Hazel Avenue, Kennett Square, PA 19348 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Jason J. Nichols
563 Hazel Avenue
Kennett Square, PA 19348

Alicia Nichols
563 Hazel Avenue
Kennett Square, PA 19348

David O. Barlow
563 Hazel Avenue
Kennett Square, PA 19348

Edna M. Barlow
563 Hazel Avenue
Kennett Square, PA 19348

GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532