UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JASON J NICHOLS

Chapter 13

Debtor

Bankruptcy No. 19-15044-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

4/1/20

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
GARY E THOMPSON  
150 E SWEDESFORD RD  
1ST FLOOR  
WAYNE, PA 19087-

Debtor:  
JASON J NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348