United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15044-amc
Jason J. Nichols                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Apr 01, 2020
                              Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db          +Jason J. Nichols,    563 Hazel Avenue,    Kennett Square, PA 19348-2932
14394254    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14402927    +PNC Bank NA,   Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
14373856    +WILMINGTON SAVINGS FUND SOCIETY ET SEQ,     c/o Jill Manuel-Coughlin, Esquire,
              Eight Neshaminy Interplex,    Suite 215,    Trevose, PA 19053-6980
14399628    +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14385885    +Wilmington Savings Fund Society, FSB, d/b/a Christ,     C/O KML Law Group,
              701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14386072    +Wilmington Savings Fund Society, FSB, d/b/a Christ,     c/o KEVIN G. MCDONALD,
              KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14407766    +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
              P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:17     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 02 2020 04:42:15     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14406689        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:36
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14373760        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:41:56
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14371640       +E-mail/Text: Bankruptcy@wsfsbank.com Apr 02 2020 04:42:40     WSFS,    500 Delaware Avenue,
              Wilmington, DE 19801-1490
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
14406690*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
14371639      ##+Wells Fargo Auto,   POB 1697,    Winterville, NC 28590-1697
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Jason J. Nichols get24esq@aol.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ
               bankruptcy@powerskirn.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, Et Al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Apr 01, 2020
                              Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Et Al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                                  TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JASON J NICHOLS

Chapter 13

Debtor          Bankruptcy No. 19-15044-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

4/1/20

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
GARY E THOMPSON  
150 E SWEDESFORD RD  
1ST FLOOR  
WAYNE, PA 19087-

Debtor:  
JASON J NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348